THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL BELLACH, INC., Appellant.— Judgment of conviction by a city magistrate, sitting as a Court of Special Sessions, unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN GEBHARDT, Appellant. — Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Queens, unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS SHAPIRO, Appellant, v. LOUIS COLLARETTA, Police Officer, Eighty-third Squad, Respondent.— Order dismissing writ of habeas corpus and directing that the relator be delivered into the custody of the authorized agent of the State of Connecticut affirmed. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

RAVINE POINT CORPORATION, Appellant, v. OTTO W. KOTT and JOSEPH DRUCKER, Respondents, and FRANCIS X. DONOGHUE, Defendant.— Judgment reversed upon the law and the facts, with costs, and judgment directed for plaintiff for the amount demanded in the complaint, with costs. We are of opinion that the title of defendant Kott is not free from reasonable doubt. Findings of fact and conclusions of law inconsistent herewith are reversed and appropriate findings and conclusions will be made. Lazansky, P. J., Rich and Hagarty, JJ., concur; Kapper and Scudder, JJ., concur for reversal but vote for a new trial. Settle order on notice.

STEEL-CRETE HOMES CO., INC., Appellant, v. ROSETH REALTY CO., INC., and Others, Defendants, and FIOR PELLEGRINO, Respondent.— Order granting motion of defendant Fior Pellegrino to cancel notice of pendency of action upon the filing of an undertaking in the sum of $10,000 reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Under the complaint herein, the real property in suit and not the value thereof is sought to be recovered. There is nothing in the complaint which fixes any sum, or is the basis for the fixing of any sum, which will adequately compensate the plaintiff for the loss of the real property. Since adequate relief cannot be secured to the plaintiff by a deposit of money or the giving of an undertaking, the motion to cancel the notice of pendency of action must be denied. (*Weingarten* v. *Minskoff*, 204 App. Div. 750; *Wolinsky* v. *Okun*, 111 id. 536.) Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ., concur.

CLINTON TRADING CORPORATION, Respondent, v. MINETTA COLONY CORPORATION and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.